| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Amanda Lenard<br>First Name  Middle Name  Last Name | **Social Security number or ITIN:** xxx–xx–3490<br>**EIN:** _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** <br>(Spouse, if filing)   First Name  Middle Name  Last Name | **Social Security number or ITIN:** _ _ _ _<br>**EIN:** _ _–_ _ _ _ _ _ _ | |
| **United States Bankruptcy Court:** District of New Jersey | **Date case filed in chapter:** 13  8/18/16 | |
| **Case number:** 16–25950–CMG | **Date case converted to chapter:** 7  10/2/17 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amanda Lenard | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3 Wildberry Drive<br>Westampton, NJ 08060 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua Humphries<br>Keaveney Legal Group<br>1101 Kings Highway North<br>Suite G100<br>Cherry Hill, NJ 08034 | Contact phone 800–219–0939 |
| 5. | **Bankruptcy trustee**<br>Name and address | Barry R. Sharer<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043 | Contact phone 856–282–0998 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 10/3/17 |
|---|---|---|---|
| 7. | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 1, 2017 at 10:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-25950-CMG
Amanda Lenard                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 03, 2017
                              Form ID: 309A            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db          #+Amanda Lenard,   3 Wildberry Drive,   Westampton, NJ 08060-5675
tr           +Barry R. Sharer,   Sharer Petree Brotz & Snyder,   1103 Laurel Oak Road,   Suite 105B,
               Voorhees, NJ 08043-4376
516348397    +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
516348398    +Avante,   3600 South Gessner,   Ste 225,   Houston, TX 77063-5357
516432053     CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
516348405    +Midwst Rcvry,   2747 W Clay St Ste A,   Saint Charles, MO 63301-2557
516694672   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
               Trenton, NJ 08695-0245)
516721189     U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
               Irvine, CA 92619-2708
516721190    +U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
               Irvine, CA 92619-2708,   U.S. Bank National Association et al,
               c/o Rushmore Loan Management Services 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: jhumphries@keaveneylegalgroup.com Oct 03 2017 23:08:22    Joshua Humphries,
               Keaveney Legal Group,   1101 Kings Highway North,   Suite G100,   Cherry Hill, NJ  08034
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2017 23:09:24    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2017 23:09:21    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516510535     EDI: BECKLEE.COM Oct 03 2017 22:43:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516348396    +EDI: AMEREXPR.COM Oct 03 2017 22:43:00    Amex,   Correspondence,   Po Box 981540,
               El Paso, TX 79998-1540
516348399    +E-mail/Text: bankruptcy@cavps.com Oct 03 2017 23:09:46    Calvary Portfolio Services,
               500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
516584948     EDI: BL-BECKET.COM Oct 03 2017 22:43:00    Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
516367516    +E-mail/Text: bankruptcy@cavps.com Oct 03 2017 23:09:46    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516348400    +EDI: IIC9.COM Oct 03 2017 22:43:00    IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,
               St Paul, MN 55164-0378
516348401     EDI: IRS.COM Oct 03 2017 22:43:00    Internal Revenue Service,
               Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516348402    +EDI: CBSKOHLS.COM Oct 03 2017 22:43:00    Kohls/Capital One,   Po Box 3120,
               Milwaukee, WI 53201-3120
516348403     E-mail/Text: camanagement@mtb.com Oct 03 2017 23:09:07    M & T Bank,   P. O. Box 844,
               Buffalo, NY 14240
516394824     E-mail/Text: camanagement@mtb.com Oct 03 2017 23:09:07    M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
516520358    +EDI: MID8.COM Oct 03 2017 22:43:00    MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
516348404    +EDI: MID8.COM Oct 03 2017 22:43:00    Midland Credit,   2365 Northside Dr.,
               San Diego, CA 92108-2709
516348406     EDI: PRA.COM Oct 03 2017 22:43:00    Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516546877     EDI: PRA.COM Oct 03 2017 22:43:00    Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516358884     EDI: Q3G.COM Oct 03 2017 22:43:00    Quantum3 Group LLC as agent for,   CF Medical LLC,
               PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 18
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2017
                              Form ID: 309A            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Barry R. Sharer     CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine     on behalf of Creditor    U.S. Bank National Association et al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon     on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua    Humphries     on behalf of Debtor Amanda    Lenard jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                             TOTAL: 6
```