UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   LENARD, AMANDA

Case No.: 16-25950
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __01/16/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
3 Wildberry Dr., Westampton, NJ
Value: $220,000.00

Liens on property:   M&T Mortgage - $293,000.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-25950-CMG
Amanda Lenard                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Dec 12, 2017
                             Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
```
db         +Amanda Lenard,    1 Gloucester Court,    Easthampton, NJ 08060-3229
aty        +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
516348397  +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516510535   American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
516348396  +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516348398  +Avante,    3600 South Gessner,    Ste 225,    Houston, TX 77063-5357
516584948   Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516348400  +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516348405  +Midwst Rcvry,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
516694672  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,    Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
516721189   U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
             Irvine, CA 92619-2708
516721190  +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
             Irvine, CA 92619-2708,    U.S. Bank National Association et al,
             c/o Rushmore Loan Management Services 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:43     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
lm          E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30     M&T Bank,    1100 Wehrle Drive,
             Williamsville, NY  14221
516432053   E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2017 23:26:39     CACH, LLC,
             PO Box 10587,    Greenville, SC 29603-0587
516348399  +E-mail/Text: bankruptcy@cavps.com Dec 12 2017 23:20:59     Calvary Portfolio Services,
             500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516367516  +E-mail/Text: bankruptcy@cavps.com Dec 12 2017 23:20:59     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516348401   E-mail/Text: cio.bncmail@irs.gov Dec 12 2017 23:20:18     Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516348402  +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2017 23:20:07     Kohls/Capital One,
             Po Box 3120,    Milwaukee, WI 53201-3120
516348403   E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30     M & T Bank,    P. O. Box 844,
             Buffalo, NY 14240
516394824   E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30     M&T Bank,    P.O. Box 840,
             Buffalo, NY 14240-0840
516520358  +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 23:20:40     MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
516348404  +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 23:20:40     Midland Credit,
             2365 Northside Dr.,    San Diego, CA 92108-2709
516348406   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 23:33:33
             Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516546877   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 23:47:34
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
             Norfolk VA 23541
516358884   E-mail/Text: bnc-quantum@quantum3group.com Dec 12 2017 23:20:35
             Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 15
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Dec 12, 2017
                              Form ID: pdf905            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association et al...
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua   Humphries    on behalf of Debtor Amanda   Lenard jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                             TOTAL: 6
```