UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              Case no.:            16-25950

Amanda Lenard                                       Chapter:             7

                                                    Judge:               Gravelle

                         Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
3 Wildberry Dr., Westampton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 1/10/2018                                     By: Gary A. Nau

*rev.2/10/17*